

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**

DEC 2 0 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Marcus Lee
_____
Plaintiff(s)

vs.

Case Number: **21 CV - 551 CVE JFJ**

Kenneth W. Hagin; Rhema Bible Training College
_____
Defendant(s)

**COMPLAINT**

✓ Mail ___No Cert Svc ___No ___ Sign
___ C J ___C/MJ ___C/Ret'd N - -
___No Cpy's ✓No Env/Cpy's - J ___O/MJ

## A. Parties

1) _____ Marcus Lee _____ , is a citizen of _____ Michigan _____
   (Plaintiff)                                    (State)

   who presently resides at _____ 20771 Halsted Rd. Northville, MI 48167 _____
                               (mailing address if different from residence)

2) Defendant _____ Kenneth W. Hagin _____ is a citizen of _____ Broken Arrow, Oklahoma _____
              (Name of first defendant)                    (City, State)

   and is employed as _____ Pastor _____
                        (Position and title, if any)

3) Defendant _____ Rhema Bible Training College _____ is a citizen of _____ Broken Arrow, Oklahoma _____
              (Name of second defendant)                            (City, State)

   and is employed as _____ N/A _____
                        (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

## B. Jurisdiction

1) Jurisdiction is asserted pursuant to:

   Diversity of citizenship and requested relief in excess of $75,000.

## C. Nature of Case

1) Briefly state the background of your case:

   While a student of Rhema Bible Training College in 2013 defendants disseminated among other students
   and staff that I had contagious demons, thereby endangering my life, causing me emotional distress, and
   ruining my reputation.

## D. Cause of Action

I allege the following:

1. Negligence -defendants owe a duty to maintain the safety and wellbeing of their students, or at least not to

endanger them.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

One student, with whom I stayed, was so upset when he heard the accusations that he sent people out after

me to do me harm.  I had to move out in a hurry and I was literally chased out of town.  I ran to campus safety

2. Defamation/ slander

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Other students at the school and parishioners at the church began treating me strangely, including Rev. Hagir

and Ms. Lynette Hagin, his wife.  I was embarrassed.

3.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

$15,000,000.00

_____
Original Signature of Plaintiff

20771 Halsted Rd.
Current Address

Northville, MI 48167
City                                        State        ZIP

(248) 798-7744
Telephone

Marcus Lee
20771 Halstead Rd.
Northville, MI 48167

U.S. POSTAGE PAID
FCM LG ENV
NORTHVILLE, MI
48167
DEC 14, 21
AMOUNT
R2304M114000-14

74103

1000

Postmark 12-14-21

**21 CV-551 CVE   JFJ**

United States District Court – Northern Oklahoma

333 W. Fourth St.

Page Belcher Bldg. Room 411

Tulsa, OK 74103

**J**

**RECEIVED**

DEC 2 0 2021

Mark C. Mc_____, Clerk
U.S. DISTRICT COURT